IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAIDEN FERGUSON                                                               PLAINTIFF

v.                              3:16CV00245-JM

LARRY MILLS, Sheriff,
Poinsett County Detention Center,                              DEFENDANT

**ORDER**

       The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

       IT IS, THEREFORE, ORDERED that:

       1.      Defendant's Motion for Summary Judgment (Doc. No. 14) is GRANTED.

       2.      Plaintiff's Complaint (Doc. No. 2) is DISMISSED WITH PREJUDICE.

       3.      The Court certifies, pursuant to 28 U.S.C. §1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

       DATED this 26th day of June, 2017.

                                           _____
                                           JAMES M. MOODY, JR.
                                           UNITED STATES DISTRICT JUDGE