IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAIDEN FERGUSON                                                          PLAINTIFF

v.                              3:16CV00245-JM

LARRY MILLS, Sheriff,
Poinsett County Detention Center,                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 26th day of June, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE